IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02629-MSK-MJW

CHRISTOPHE MCCRAY, et al.,

Plaintiff(s),

v.

EDWARD ANTHONY SMITH, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby **ORDERED** that the Pro Se Defendant Edward A. Smith's Motion Requesting Conference Via Phone (docket no. 25) is **GRANTED** as follows.  The Defendant Edward A. Smith is currently incarcerated in the Denver County Jail.  There is a Rule 16 Scheduling Conference set on March 2, 2006, at 10:00 a.m. before U.S. Magistrate Judge Michael J. Watanabe.  The court will allow Mr. Smith to participate at the Rule 16 Scheduling Conference by telephone conference call.  Accordingly, it is **FURTHER ORDERED** that the Denver County Jail shall make Mr. Smith available by telephone conference call on March 2, 2006, at 10:00 a.m.  Mr. Smith shall contact this court by telephone at (303) 844-2403 on March 2, 2006, at 10:00 a.m.  The Denver County Jail shall allow Mr. Smith to telephone this court on March 2, 2006, at 10:00 a.m.

     It is **FURTHER ORDERED** that the Clerk of Court shall add the Case Manager for Edward A. Smith as an interested party and such party shall receive all future mailings from the court at the following address until further order of the court.

To the Case Manager
for Edward A. Smith
Denver County Jail
PO Box 1108
10500 Smith Road
Denver CO 80239

Date:   February 7, 2006