IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02629-MSK-MJW

CHRISTOPHE MCCRAY, and
PENSAL MCCRAY,

    Plaintiffs,

v.

EDWARD ANTHONY SMITH,
E. ANTHONY AND ASSOCIATES, a Colorado LLC,
THE EDIFUS GROUP, INC., a Colorado corporation,
WILLIAM BOWMAN,
**JOHN LIESE,**
FOR MORTGAGES,
HOME LOANS DIRECT, a Colorado LLC,
MISTAR FINANCIAL, a Colorado LLC,
JAGUAR GROUP, a Colorado LLC, and
COUGAR ASSOCIATES, a Colorado LLC

    Defendants.

_____

**AMENDED ORDER DENYING UNOPPOSED MOTION FOR
EXTENSION OF TIME FOR DEFENDANT JOHN LIESE TO FILE
RESPONSE TO PLAINTIFF'S COMPLAINT**
_____

**THIS MATTER** comes before the Court pursuant to Defendant John Liese's Unopposed Motion for Extension of Time to File Response to Plaintiffs' Complaint **(#32)**.

1. The Defendant has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 6.1(D),

2. The Defendant did not submit a proposed order as part of the electronic filing, nor submit a proposed order in WordPerfect or Word format to chambers by electronic mail. Both acts are required by D.C. Colo. ECF Proc. V.L.2.

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

DATED this 14th day of February 2006.

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge