IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02629-MSK-MJW

CHRISTOPHE MCCRAY, and
PENSAL MCCRAY,

    Plaintiffs,

v.

EDWARD ANTHONY SMITH,
E. ANTHONY AND ASSOCIATES, a Colorado LLC,
THE EDIFUS GROUP, INC., a Colorado corporation,
WILLIAM BOWMAN,
JOHN LIESE,
FOR MORTGAGES,
HOME LOANS DIRECT, a Colorado LLC,
MISTAR FINANCIAL, a Colorado LLC,
JAGUAR GROUP, a Colorado LLC, and
COUGAR ASSOCIATES, a Colorado LLC,

    Defendants.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **March 24, 2006** at **8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

The parties shall be prepared to address the necessity for an emergency hearing and whether this Court has jurisdiction to consider Plaintiffs' Motion for Preliminary Injunction **(#72)**.

If a hearing is required and appropriate, the Plaintiffs should be prepared to identify the party or parties against whom they seek relief and the evidence they propose to submit at such hearing.

If timely arrangements are made, parties may appear at this hearing by telephone. Due to other matters scheduled before or at the same hearing time, a telephonic hearing may be delayed. Parties shall remain available until contacted by the Court. To appear telephonically, counsel and *pro se* parties shall contact Maureen Nelson, at **303-335-2185** no later than March 22, 2006.

Dated this 21st day of March, 2006

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge