# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02629-MSK-MJW

CHRISTOPHE MCCRAY,
and
PENSAL MCCRAY,

      Plaintiffs,

v.

EDWARD ANTHONY SMITH,
E. ANTHONY AND ASSOCIATES, a Colorado LLC,
THE EDIFUS GROUP, INC., a Colorado Corporation,
WILLIAM BOWMAN,
JOHN LIESE,
FOR MORTGAGES,
HOME LOANS DIRECT, a Colorado LLC,
MISTAR FINANCIAL, a Colorado LLC,
JAGUAR GROUP, a Colorado LLC,
and
COUGAR ASSOCIATES, a Colorado LLC,

      Defendants.

---

## ORDER

( Docket P. 85 )

---

THIS MATTER having come before this Court upon Plaintiffs' motion to vacate the show cause hearing, or, in the alternative, to re-set the show cause hearing from April 21, 2006 at 9:30 am to May 2, 2006 at 3:00, or, in the alternative to allow Plaintiffs' counsel to participate via telephone on April 21, 2006, and Certificate of Compliance with D.C.COLO.LcivR 7.1(A), and having been so advised in the premises,

      IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

    \_\_\_\_ The show cause hearing set for April 21, 2006 at 9:30 am is vacated.

1

X Plaintiffs' counsel may participate via telephone in the hearing on April 21, 2006, by calling telephone number ___303 - 844 - 2403___ at 9:30 am.

____ The show cause hearing is re-set to occur on May 2, 2006 at 3:00 pm.

DONE THIS ___13ᵗʰ___ DAY OF _____April_____, 2006.

BY THE COURT:

_____
United States District Court Magistrate Judge Michael J. Watanabe