IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02629-MSK-MJW

CHRISTOPHE MCCRAY, et al.,

Plaintiffs,

v.

EDWARD ANTHONY SMITH, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Plaintiffs' Motion to Compel, and Request Oral Argument be Held on May 12, 2006 at 10:00 am, which was filed on April 24, 2006 (Docket No. 102), is denied without prejudice for failure to comply with D.C.COLO.LCivR 37.1.  It is further

**ORDERED** that plaintiffs' counsel shall become familiar with the Local Rules of Practice of this Court prior to making any additional motions or taking any further action in this case.  Any further papers filed with this court in this matter that are not in compliance with the Local Rules will be stricken and not considered by this court.

Date: April 25, 2006