IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02629-MSK-MJW

CHRISTOPHE MCCRAY, and
PENSAL MCCRAY,

    Plaintiffs,

v.

EDWARD ANTHONY SMITH,
E. ANTHONY AND ASSOCIATES, a Colorado LLC,
THE EDIFUS GROUP, INC., a Colorado corporation,
WILLIAM BOWMAN,
JOHN LIESE,
FOR MORTGAGES,
HOME LOANS DIRECT, a Colorado LLC,
MISTAR FINANCIAL, a Colorado LLC,
JAGUAR GROUP, a Colorado LLC, and
COUGAR ASSOCIATES, a Colorado LLC,

    Defendants.

## ORDER CONSTRUING RECOMMENDATION OF MAGISTRATE JUDGE AS AN ORDER

THIS MATTER comes before the Court on the Magistrate Judge's Recommendation **(#67)**. No party has objected to the Recommendation. Having considered the same, the Court **FINDS** and **CONCLUDES** that:

The Magistrate Judge recommends that the Court deny, without prejudice, the following two motions filed by the Plaintiffs: (1) a Motion for Default Judgment Against Defendants E. Anthony and Associates LLC, the Edifus Group, Inc. and For Mortgages **(#28);** and (2) an Amended Motion for Default Judgment Against Defendant Edward Anthony Smith **(#43)**. He recommends that these motions be denied because: (1) Defendant Smith, who was incarcerated,

appeared by telephone at a Rule 16 Scheduling Conference; (2) Defendant Smith was advised that he could not represent any entities in this action because he was not an attorney; (3) the Clerk of Court did not enter a default because the Plaintiffs failed to comply with the Servicemember's Civil Relief Act of 2003; and (4) service against Defendant For Mortgages did not comply with Fed. R. Civ. P. 4.  He also recommended that the Plaintiffs be ordered to serve Defendant For Mortgages or show cause why their claims against such Defendant should not be dismissed, and set a show cause hearing which has already taken place.  He also recommended that the Court order that Defendants Smith, E. Anthony and Associates LLC, and the Edifus Group, Inc. be allowed until April 21, 2006 to file Answers to the Complaint.

The Court concludes that the Recommendation is not dispositive.  *See Gomez v. Martin Marietta Corp.*, 50 F.3d 1511, 1519-20 (10th Cir. 1995).  Therefore, the Court treats it as an Order.

**IT IS THEREFORE ORDERED** that the Recommendation **(#67)** is construed as an Order denying the Plaintiffs' Motion for Default Judgment Against Defendants E. Anthony and Associates LLC, the Edifus Group, Inc. and For Mortgages **(#28)** and the Plaintiffs' Amended Motion for Default Judgment Against Defendant Edward Anthony Smith **(#43),** without prejudice.

Dated this 27th day of April, 2006

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge