IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02629-MSK-MJW

CHRISTOPHE MCCRAY, and
PENSAL MCCRAY,

      Plaintiffs,

v.

EDWARD ANTHONY SMITH,
E. ANTHONY AND ASSOCIATES, a Colorado LLC,
THE EDIFUS GROUP, INC., a Colorado corporation,
WILLIAM BOWMAN,
JOHN LIESE,
FOR MORTGAGES,
HOME LOANS DIRECT, a Colorado LLC,
MISTAR FINANCIAL, a Colorado LLC,
JAGUAR GROUP, a Colorado LLC, and
COUGAR ASSOCIATES, a Colorado LLC,

      Defendants.

---

### ORDER DISMISSING CLAIMS AGAINST DEFENDANTS HOME LOANS DIRECT, MISTAR FINANCIAL, JAGUAR GROUP AND COUGAR ASSOCIATES, WITH PREJUDICE

---

THIS MATTER comes before the Court on a stipulation to dismiss all claims against Defendants Home Loans Direct, MiStar Financial, Jaguar Group and Cougar Associates, with Prejudice (**#111**). Having considered the same,

**IT IS ORDERED** that all claims against Defendants Home Loans Direct, MiStar Financial, Jaguar Group and Cougar Associates are dismissed, with prejudice. The Plaintiffs and such

Defendants shall bear their own attorney's fees and costs.  The caption shall be amended to delete

any reference to these four Defendants.

Dated this 5th day of May, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge