IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02629-MSK-MJW

CHRISTOPHE MCCRAY, and
PENSAL MCCRAY,

    Plaintiffs,

v.

EDWARD ANTHONY SMITH,
E. ANTHONY AND ASSOCIATES, a Colorado LLC,
THE EDIFUS GROUP, INC., a Colorado corporation,
WILLIAM BOWMAN,
JOHN LIESE, and
FOR MORTGAGES,

    Defendants.

## ORDER GRANTING VARIANCE WITH RULE REQUIRING THE FILING OF JOINT WITNESS AND EXHIBIT LISTS
( Docket no. 113 )

THIS MATTER comes before the Court on Plaintiffs' request for a variance from the rule requiring parties to file joint witness and exhibit lists,

IT IS ORDERED that plaintiffs may file their own witness and exhibit lists.

Dated this 8th day of May 2006.

BY THE COURT:

~~Marcia S. Krieger~~

~~United States District~~ Judge

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**