IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02629-MSK-MJW

CHRISTOPHE MCCRAY, and
PENSAL MCCRAY,

    Plaintiffs,

v.

EDWARD ANTHONY SMITH,
E. ANTHONY AND ASSOCIATES, a Colorado LLC,
THE EDIFUS GROUP, INC., a Colorado corporation,
WILLIAM BOWMAN,
JOHN LIESE,
FOR MORTGAGES,

    Defendants.

_____

**ORDER GRANTING JOINT STIPULATED MOTION FOR DISMISSAL OF CLAIMS AGAINST JOHN LIESE AND FOR MORTGAGES**
_____

THIS COURT, having reviewed the Joint Stipulated Motion For Dismissal **(#121)** of claims against Defendant John Liese and For Mortgages**,** and for good cause shown, hereby **GRANTS** the motion.

All claims against Defendants John Liese and For Mortgages are hereby dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated this 19th day of May, 2006

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge