IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02629-MSK-MJW

CHRISTOPHE MCCRAY, and
PENSAL MCCRAY,

    Plaintiffs,

v.

EDWARD ANTHONY SMITH,
E. ANTHONY AND ASSOCIATES, a Colorado LLC,
THE EDIFUS GROUP, INC., a Colorado corporation,
WILLIAM BOWMAN,

    Defendants.

---

## ORDER ADOPTING RECOMMENDATION AND JUDGMENT

---

THIS MATTER comes before the Court on a Recommendation **(#131)** from the Magistrate Judge that the Court enter a default judgment against all remaining Defendants. No party has timely objected to the Recommendation. Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

The Plaintiffs, Christophe and Pensal McCray, commenced this action in December 2005 against numerous Defendants. Claims against some Defendants have been dismissed upon stipulation of the parties. All that remains are the McCrays' claims against Defendants Edward Anthony Smith, E. Anthony & Associates, LLC ("EAA"), the Edifus Group, Inc. ("EGI"), and William Bowman. Such claims are: (1) deceit based upon fraud and theft; (2) violation of the Colorado Consumer Protection Act; and (3) violation of the federal Truth in Lending Act.

The allegations in the complaint are as follows. Mr. Bowman approached the McCrays several times in 2004 to entice them to refinance their home and give him money to invest in oil fields. Mr. Bowman was sometimes accompanied by Mr. Smith. Mr. Smith held himself out as a minister and chief executive officer of EAA and the EGI. Mr. Bowman held himself out as the head of marketing for EAA. Mr. Bowman and Mr. Smith told the McCrays that if they refinanced their home and gave them cash in return, then Mr. Bowman, Mr. Smith and/or their companies would make the mortgage payments for a 10 year period. The McCrays relied upon this representation, refinanced their home, and gave almost $10,000 to Mr. Bowman and Mr. Smith. Neither Mr. Bowman nor Mr. Smith invested the money as promised, and they made no mortgage payments on the McCrays' behalf. Indeed, they never intended to make any mortgage payments. As a consequence, the McCrays' home was scheduled for foreclosure.

The McCrays then commenced this lawsuit. Mr. Smith accepted service of the summons and complaint on his own behalf, as well as on behalf of EAA and EGI on January 13, 2006. **(#17, #18, #19)**. Mr. Bowman was personally served with the summons and complaint on February 19, 2006. **(#47)**. None of these four Defendants has filed an answer or other responsive pleading. The Clerk of Court entered default against Mr. Bowman on March 16, 2006. **(#71)**. No default has yet been entered against the remaining three Defendants.

The McCrays filed motions seeking a default judgment against the remaining four Defendants. The Magistrate Judge held an evidentiary hearing on the motions. The Defendants were notified of, but did not attend, the hearing. The Magistrate Judge now recommends that a default judgment enter against Mr. Bowman, Mr. Smith, EAA and EGI on the McCrays' fraud/civil theft and Colorado Consumer Protection Act claims.

The Magistrate Judge finds that because of the Defendants' conduct, the McCrays lost $48,000 in equity in their home, $11,200 in closing costs, and $9,600 that they gave to Mr. Bowman and Mr. Smith, for a total of $68,800 in actual damages.  He also finds by clear and convincing evidence that Mr. Bowman and Mr. Smith engaged in deceptive trade practices and acted in bad faith because they never intended to make the mortgage payments as promised. Therefore, he recommends that the actual damages be trebled in accordance with § 6-1-113(2)(a)(III), C.R.S., for a total of $206,400 in damages.  He further recommends that pursuant to § 18-4-405, C.R.S., the McCrays be awarded reasonable attorney fees in the amount of $14,760, as well as costs not yet determined.

Because no party has objected to the Recommendation, the Court may apply any standard of review it deems appropriate.  *See Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991).  The Recommendation is neither clearly erroneous nor contrary to law.  Mr. Bowman, Mr. Smith, EAA and EGI are in default as they have failed to timely file an answer or responsive pleading.  Such failure amounts to an admission of the allegations in the complaint.  Treble damages and an award of attorney fees and costs are authorized by applicable Colorado statutes.

**IT IS THEREFORE ORDERED** that:

(1) The Recommendation **(#131)** is **ADOPTED** to the extent set forth herein.

(2) Default is entered against Defendants Smith, E. Anthony & Associates, LLC, and the Edifus Group, Inc.

(3) A default judgment is hereby entered in favor of the Plaintiffs and against Defendants Smith, E. Anthony & Associates, LLC, the Edifus Group, Inc., and Bowman in the amount of $221,160, jointly and severally.  The Plaintiffs shall have

their costs by filing a bill of costs within 10 days of this Order.

(4)   The Clerk of Court is directed to close this case.

Dated this 8th day of August, 2006

                              **BY THE COURT:**

*/s/ Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge